NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHILPA PHARMA, INC.,**
*Appellant*

**v.**

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Appellee*

---

2024-1181

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00886.

---

## JUDGMENT

---

MARK BOLAND, Sughrue Mion, PLLC, Washington, DC, argued for appellant.  Also represented by MICHAEL R. DZWONCZYK, RAJA SALIBA.

WILLIAM M. JAY, Goodwin Procter LLP, Washington, DC, argued for appellee.  Also represented by ELIZABETH A. KIERNAN, Gibson, Dunn & Crutcher LLP, Dallas, TX; JANE M. LOVE, ROBERT TRENCHARD, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge,* STOLL, *Circuit Judge,* and BUMB, *Chief District Judge*[1]).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 10, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable Renée Marie Bumb, Chief Judge, United States District Court for the District of New Jersey, sitting by designation.